UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PERNELL SAULSBERRY,

    Plaintiff,

v                                             Case No. 11-02581

FEDEX EXPRESS,

    Defendant.

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Claxton's Report and Recommendation [Docket #43] filed January 15, 2013. The Magistrate Judge recommends that Defendant's Motion for Summary Judgment be granted. Plaintiff filed objections on January 29, 2013.

Having reviewed the file, the Report and Recommendation and the objections the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, Defendant's Motion for Summary Judgment is **GRANTED** and this case is **CLOSED.**

                                                           s/ Arthur J. Tarnow
                                                           Arthur J. Tarnow
Dated: February 14, 2013                 Senior United States District Judge